**580**

No. 1021. BLAIR ET AL. *v.* McCLINTIC, JUDGE. May 31, 1938. The motion to defer consideration is denied and the petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit is denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Mr. George Pfeil* for petitioners. *Messrs. T. R. White* and *Thomas Hart* for respondent.

No. 1049. FOWLER, ADMINISTRATOR, ET AL. *v.* SEYMOUR, TRUSTEE. May 31, 1938. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is denied. *Mr. Calvin S. Mauk* for petitioners. *Mr. Thomas S. Tobin* for respondent.

No. 18, original. EX PARTE TINKOFF. May 31, 1938. The petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit is denied. *Paysoff Tinkoff, pro se.*

No. 1051. SUHAY ET AL. *v.* UNITED STATES. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Joseph H. Brady* for petitioners. No appearance for the United State.

No. 1062. CARNEVALE *v.* NEW YORK. May 31, 1938. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Michael Carnevale, pro se. Mr. Henry Epstein* for respondent.